On July 30, 1914, the Supreme Court of the United States issued a mandate to the court of appeals which recited:

"And whereas in the present term of October in the year of our Lord, 1914, the said cause came on to be heard before the said Supreme Court on the said certificate and was argued by counsel;

On consideration whereof it is the opinion of the court that the question certified must be answered in the negative;

Whereupon it is now here ordered by this court that it be so certified to the said court of appeals."

On October 6, 1914, the appellant entered an order in the court of appeals dismissing the appeal.

---

# HOWISON *v.* UNITED STATES TO THE USE OF C. F. THOMAS & SON BRICK COMPANY.

---

This appeal is governed by the decision in *Equitable Surety Co.* v. *United States, ante,* 374.

No. 2566.   Submitted November 7, 1913.   Certified to the Supreme Court of the United States, January 7, 1914.   Appeal dismissed by appellant October 6, 1914.

APPEAL by the defendant from a judgment of the Supreme Court of the District of Columbia under the 73d rule of that court, for want of a sufficient affidavit of defense in an action upon a bond.          *Appeal dismissed by appellant.*

*Mr. Joseph A. Burkart, Mr. William E. Ambrose,* and *Mr. J. J. Darlington* for the appellant.

*Mr. Daniel W. Baker, Mr. Wilton J. Lambert,* and *Mr. William H. Leahy* for the appellee.

This case was argued and submitted on November 7, 1913. On November 11, 1913, a stipulation was filed that it should abide the decision of the court in *Equitable Surety Co.* v. *United States, ante,* 374.

On October 6, 1914, the appellant entered an order dismissing the appeal.

---

## EQUITABLE SURETY COMPANY v. UNITED STATES TO THE USE OF WILLIAM H. HAINES.

This appeal is governed by the decision in *Equitable Surety Co.* v. *United States, ante,* 374.

No. 2590.   Submitted November 7, 1913.   Certified to the Supreme Court of the United States, January 7, 1914.   Appeal dismissed by appellant October 6, 1914.

APPEAL by the defendant from a judgment of the Supreme Court of the District of Columbia under the 73d rule of that court, for want of a sufficient affidavit of defense in an action upon a bond.            *Appeal dismissed by appellant.*

*Mr. Joseph A. Burkart, Mr. William E. Ambrose,* and *Mr. J. J. Darlington* for the appellant.

*Mr. Fred B. Rhodes* and *Mr. Elbert Johnson* for the appellee.

This case was argued and submitted on November 7, 1913. On November 11, 1913, a stipulation was filed that it should abide the decision of the court in *Equitable Surety Co.* v. *United States, ante,* 374.

On October 6, 1914, the appellant entered an order dismissing the appeal.